Craig Richards, Esq.
LAW OFFICES OF CRAIG RICHARDS
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone No.: (907) 306-9878

Jon A. Atabek, Esq. (SBN 269497) (Application for Pro Hac Vice Pending)
(jatabek@atabeklaw.com)
ATABEK & ASSOCIATES, P.C.
16330 Bake Parkway
Irvine, CA 92618
T: 213.394.5943

ATTORNEYS FOR DEFENDANTS JAFAR RASHID; ALASKA ALL IN 1, LLC (ERRONEOUSLY SUED AS ALASKA ALL IN ONE, LLC); SERJ ORGANICS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANNY B. FERGUSON and JENNINGS STURGEON,<br><br>Plaintiffs,<br><br>v.<br><br>SYED HUSSAIN and JAFAR RASHID, individually, and in their Official Capacity, ALASKA ALL IN 1, LLC (SUED ERRONEOUSLY AS ALASKA ALL IN ONE, LLC); ALASKA FARM AND GARDEN dba ALASKA ALL IN ONE; and SERJ ORGANICS, LLC,<br><br>Defendants. | Case No:3:20-cv-00103 (TMB)<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANTS JAFAR RASHID, ALASKA ALL IN ONE, LLC, AND SERJ ORGANICS, LLC**<br><br>Case Filed: 4/14/20<br>Summons Served: 4/21/20 |

Defendants JAFAR RASHID ("Rashid"), ALL IN 1, LLC ("All In 1"), and SERJ ORGANICS, LLC ("Serj Organics") (collectively "Defendants") by and through their counsel of record, hereby file this Notice of Removal on grounds of diversity jurisdiction over claims pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446.

Notice of Removal to Federal Court  Page 1 of 5
Ferguson, et al. v. Hussain, et al., Case No. 3:20-cv-00103 (TMB)  May 6, 2020

The claims of Defendants DANNY FERGUSON and JENNINGS STURGEON ("Plaintiffs") constitute a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), as there is complete diversity between the parties and the amount in controversy exceeds $75,000. Therefore, this action is removable from the Superior Court for the State of Alaska to this Court under 28 U.S.C. § 1441(a).

## INTRODUCTION

This action was commenced by Plaintiffs in the Superior Court for the State of Alaska, Third Judicial District at Anchorage (the "Civil State Court Action") on April 15, 2017, Case No. 3AN-20-5943CI. (*See* Dkt. # 1-2 (Summons and Complaint)). According to the Complaint, Plaintiffs reside in Alaska, while each of the individual defendants and the members of the LLC defendants reside in the County of Los Angeles, California.

## JURISDICTION

**A. Applicable Law.**

The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between- . . . citizens of a State and citizens or subjects of a foreign state, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State. 28 U.S.C.A. § 1332 (a)(2).

Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C.A. § 1441(a).

Notice of Removal to Federal Court　　　　　　　　　　　　　　　　　　　　Page 2 of 5
Ferguson et al. v. Holston et al., Case No. 3:20-cv-00103(TMB)　　　　　　May 6, 2020
Case 3:20-cv-00103-TMB   Document 1   Filed 05/06/20   Page 2 of 5

### B. There is Complete Diversity Jurisdiction Here.

The Complaint, on its face, demonstrates that complete diversity of citizenship exists as between the Plaintiffs and the Defendants. *See* Dkt. No. 1 (Complaint ¶¶ 1, 4). Paragraph 1 alleges each of Plaintiffs reside in Alaska. Paragraph 4 alleges all of the Defendants reside in Los Angeles, California. Additionally, Paragraph 6 alleges Defendant Serj Organics, LLC owns Defendant Alaska All in One, LLC. The Court may take judicial notice of records from the California Secretary of State indicating that Serj Organics is a California limited liability company.

Thus, removal is proper pursuant to 28 U.S.C. §§ 1332, 1441 and 1446(b).

### C. All Counter-Defendants Have Joined in the Removal.

Defendants Rashid, All in 1, and Serj Organics are the only parties who have been served as of the date of this removal. Thus, all served defendants have joined in this removal, and Defendants are not required to obtain Defendant Syed Hussain's joinder for purposes of removal. *Destfino v. Reiswig*, 630 F3d 952, 955 (9th Cir. 2011).

### D. Compliance with Local Rules.

Defendants have filed this notice of removal together with a Civil Cover Sheet (JS44) in compliance with L.R. 3.1(a).

Defendants have also removed this action to the United States District Court in the same city where the Civil State Court Action, Anchorage Alaska, in compliance with L.R. 3.2(a).

## **REMOVAL IS TIMELY**

In accordance with 28 U.S.C. § 1446(b), the notice of removal shall be filed within 30 days after service or other receipt of the operative pleading giving rise to removal

Notice of Removal to Federal Court     Page 3 of 5
Ferguson, et al. v. Rashid, et al., Case No. 3:20-cv-00103(TMB)     May 6, 2020
Case 3:20-cv-00103-TMB Document 3 Filed 05/06/20 Page 3 of 5

ATABEK & ASSOCIATES, P.C.
Attorneys at Law

10233.2

jurisdiction, and may be extended at any time for good cause shown. This Notice of Removal was filed less than 30 days after service of the Complaint, which took place on April 21, 2020. Thus, this Notice is timely filed.

## ATTACHMENTS

Pursuant to 28 U.S.C. § 1446(b) and the Court's local rules, Defendants attach by reference to the Notice of Removal, copies of the following:

1. Summons, State of Alaska;

2. Plaintiffs' Complaint;

(*See* Dkt. No. 1 - 2).

## CONCLUSION

For the stated reasons, Defendants removes the Civil State Court Action to the United States District Court for the District of Alaska, Anchorage Division.

Dated: May 6, 2020

LAW OFFICES OF CRAIG RICHARDS
ATABEK & ASSOCIATES, P.C.

By: */s/ Craig Richards*
CRAIG RICHARDS
JON A. ATABEK

ATTORNEYS FOR DEFENDANTS JAFAR RASHID; ALASKA ALL IN 1, LLC (ERRONEOUSLY SUED AS ALASKA ALL IN ONE, LLC); SERJ ORGANICS, LLC

Notice of Removal to Federal Court　　Page 4 of 5
Ferguson, et al. v. Rashid, et al., Case No. 3:20-cv-00103 (TMB)　　May 6, 2020
Case 3:20-cv-00103-TMB　Document 3　Filed 05/06/20　Page 4 of 5
10233.2

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing document was served by mail upon the following this 6th day of May, 2020.

**PLAINTIFFS**
Danny Ferguson
2050 Wenmatt Circle
Anchorage, Alaska 99517

Jennings Sturgeon
3590 North Daisy Petal Circle
Wasilla, Alaska 99654

*/s/ Mary Hodsdon*
Mary Hodsdon

ATABEK & ASSOCIATES, P.C.
Attorneys at Law

10233.2

Notice of Removal to Federal Court
*Ferguson, et al. v. Hoss-Tin, et al.,* Case No. 3:20-cv-00103-TMB

Case 3:20-cv-00103-TMB Document 1 Filed 05/06/20 Page 5 of 5

Page 5 of 5
May 6, 2020