IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

Danny B. Ferguson
_____
                    Plaintiff(s),
vs.

Syed Hussain et All
_____
                    Defendant(s).

CASE NO. 3AN- 20 - 5943 CI

**SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

To Defendant: Infer Rashid

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) Danny Ferguson , whose address is: 2050 Wenmat Cir. Anchorage, AK 9951 7 .

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☒ This case has been assigned to Superior Court Judge Walker Jr and to a magistrate judge.

☐ This case has been assigned to District Court Judge _____ .

CLERK OF COURT

4/15/2020
_____
Date

By: Aelen Zeilert
_____
    Deputy Clerk

I certify that on 4/15/20 a copy of this Summons was ☐ mailed ☒ given to
☒ plaintiff ☐ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk AL

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

Danny B. Ferguson          Jennings Sturgeon
2050 Wenmatt Circle        3590 North Daisy Petal Circle
Anchorage, Alaska 99517    Wasilla, Alaska 99654
(907) 529-2062             (907) 631-4044

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| Danny B. Ferguson )<br><br>AND )<br><br>Jennings Sturgeon )<br><br>Plaintiffs, )<br><br>Vs )<br><br>Syed Hussain AND Jafar Rashid in)<br>Their Individual and Official )<br>Capacities )<br>AND )<br><br>Alaska All in One, LLC AND )<br>Alaska Farm and Garden dba )<br>Alaska All in One, LLC AND )<br>Parent Company, Serj Organics )<br><br>Defendants. ) | **COPY**<br>**Original Received**<br>APR 1 5 2020<br>**Clerk of the Trial Courts**<br><br><br><br><br>**AFFIDAVIT FORMAT**<br>**FACTS ARE SWORN** |

Case No. **3 AN-20-** $\bigcirc$ 5945 CI

### COMPLAINT

### TERMS

Plaintiffs refer to Danny B. Ferguson and Jennings Sturgeon individually and collectively. Danny refers to Danny B. Ferguson, Mr. Ferguson refers to Danny B. Ferguson. Mr. Sturgeon refers to Jennings Sturgeon. Jennings refers to Jennings Sturgeon.

Alaska Farm and Garden dba is operating under Alaska All in One, LLC forming ONE legal entity. Defendants refer to Syed Hussain and Jafar Rashid individually and collectively as well as to their artificial entities created by law.

## I.   Parties, Venue and Jurisdiction

1. Danny B. Ferguson is an individual with legal residence in Anchorage, Alaska who has material evidence relevant to this case. Jennings Sturgeon resides in Wasilla, Alaska.

2. There is *concurrent* jurisdiction in the United States District Court for the District of Alaska in Anchorage, Alaska.

3. Venue lies within the Third Judicial District of the Alaska Court System *for the time being.*

4. Defendants reside in Los Angeles, California.

5. A witness resides in Japan.

6. Serj Organics owns Alaska All in One, LLC and Alaska Farm and Garden dba Alaska All in One, LLC AND is a party to this action.

## II.   Allegations COMMON to ALL Claims

7. At issue are claims alleged by the Plaintiffs grounded in contract and in tort law.

-2-

8. At issue is non-performance of a contract. Mr. Ferguson ordered sixteen hoop houses: 20 feet x 100 feet or 2,000 square feet. A hoop house is a half-moon shaped greenhouse.

9. Due to a license delay and the upcoming winter, Mr. Ferguson changed his business plan. He decided to go with a "small grow" operation by purchasing a 960 square foot prefabricated building for $60,000. He made a 30% deposit or an $18,000 down payment on April 22, 2017.

10. The balance owing for the hoop houses was $49,000.

11. The defendants were obligated to build the infrastructure, (electric, water, land clearing and development) for the hoop houses. This did not happen as Syed Hussain prevented Dan Ferguson from acquiring the hoop houses. He wanted Danny to pay $20,000 for shipping Mr. Sturgeon's building from China. This interference harmed Mr. Ferguson in lost rent revenue.

12. Alaska All in One LLC cashed a misdated check drawn on Wells Fargo Bank. Check number 105 dated February 12, 2016 for $21,000. Payment in this amount cleared on February 13, 2017. The purpose of this check was for equipment. Checks dated past six months are considered null and void. In today's computerized world, "bots" or other equipment read the routing and account numbers and process the payment if funds are available. Payee had a duty to request a correctly dated

-3-

check. Payee had a contractual duty to perform.

13. This whole complaint is regarding two companies and involving three partners.

14. Initially, Mr. Ferguson was going to build hoop houses on the land and cultivate in Houston during summer. The AMCO board took too long to "review the application" after a 1.5 months and we were unable to be approved in time. The hoop houses were also supposed to have light deprivation covers. Due to a misunderstanding in language, Syed and the Chinese company thought we wanted to use light supplementation, which is not the same thing. We then tried to sell the hoop houses on Facebook. Rami Cohen's son works at the store and he advertised the hoop houses with Light Deprivation on Facebook. He also thought they have light deprivation covers. Once we found out they did not have light deprivation covers we were unable to sell them due to lack of interest and large size 16 hoophouses 20'x100'. Mr. Ferguson was told than that they would handle it and cover everything to get started on the property in one of their prefab modular buildings. Also talked Jenning C Sturgeon to joining out in Houston. Danny deposited money and has a receipt for $88k for the hoop houses and the prefabricated building. The building was sold to Danny and supported by forged SGS burn test safety reports.

-4-

The first item is nothing the AG can do anything about but it's good to understand what we were doing. Danny Ferguson leased the property that one of the partners, (Jafer), has in Houston for a cultivation license. They were obligated to do the construction including land prep, electrical, well, wastewater, etc. The lessor is Jafer Rashid. The whole arrangement was made by the other partner Syed (Zack) Hussain when he was in Anchorage, Alaska. They never developed the property due to one of the partners stealing money from the group and a lot of other people (Zack Hussain so they said). It was later found out that there was still a $200k+ balloon payment due on the property. Mr. Ferguson was providing opportunity for people to provide equipment under a lease to have it produced. This all fell through due to the lack of development on the property.

Defendants accepted deposits for buildings and hoop houses and refused to return the money. There is the garden store company (Alaska Farm and Garden) that was owned by all three partners. Alaska All in One is another business purportedly owned by Zack Hussain. They both operate in the same store and website. Mr. Ferguson and Jennings C Sturgeon were both sold prefab buildings, the sale of which was supported by a forged burn safety test report. Documentation on the

-5-

buildings were needed to satisfy the fire marshal's requirements for the license. Zack uncomfortably produced a burn safety test report and told Danny not to show it to anyone. It was immediately shown to my business associate, Emilio Paredes, who does construction. He was curious and took photos to check. He found out that the paperwork was a forgery, this was after Jennings and Mr. Ferguson had already given the money to the company. Jennings never saw the forgery, but Jennings placed the deposit down based on knowledge of the buildings prior to finding them to be forged. Jennings was going to have a building produced on the land in Houston. Paperwork should have been received when we filed the information with SGS regarding the forged document. Syed had us make the deposits out to his company (Alaska All in One). Then he had Rami make a receipt from Alaska Farm and Garden. Mr. Ferguson believes that the two partners from California , (Syed and Jafer), are involved in a conspiracy and Rami is the local unlucky victim. There are many witnesses and Rami Cohen, himself, is willing to cooperate fully. Syed has also swindled another person we know from Japan for over $2 million.

15.    It started with all three of them being owner of Ak farm and garden. Then (they "found out") Syed was robbing everyone. Then Jafer, (the primary initial investor), said he was pushing Syed out of the company.

-6-

What actually happened in the guy in Alaska, (Rami), was pushed out and Jafer and Syed are now in control of the company. Rami was trying to pay everyone back and make it right so they could avoid a lawsuit. Rami made an initial payment to Jennings. This is why Jafer took over the company. They refused to pay people back. Jafer and Syed thought they would keep the business going and just keep our deposits. They think they are invincible. They stole considerable money with impunity. Mr. Ferguson deposited/paid $88k while Jennings Sturgeon provided them with a $55k deposit. These people are reckless and ride the edge of the law and use shell companies to pull off dirty deals. There is a bevy of other people in Alaska, United States and overseas that have been ripped off by Syed and possibly Jafer. Information was provided to put a stop to their unlawful acts with imprisonment as an appropriate remedy.

16.   A request was made for them to return the money even to the point of paying $3,000 a month until the balance was paid in full. Jafer offered me an owner finance on the property in Houston, the same property they still owe a balloon payment. The have shell companies with no real assets to be pursued. Syed has a trail of similar litigation in California and elsewhere.

17.   Rami Cohen, the former partner, was witness to Dan's transactions as well as the transactions of the partners. He

-7-

has information on where Syed and Jafer actually live in California.

18. During January 2018, Danny Ferguson received notification of a fire burn safety test permit forgery from his business partner, Emilio Paredes, who is employed in construction work. Plaintiffs seek apportionment of fault to the forgery allegation.

19. Defendants claim that Mr. Furgeson owes them $115,664.59 at the last paragraph of page 3 of 47 in submitted documentation. Plaintiff Danny Ferguson denies this allegation.

20. The son of Rami Cohen was fired for fraud by Syed Hussain. Rami Cohen can testify that a Japanese man was bilked over $2 million dollars by Syed and can contact this individual.

-8-

## III. FIRST CAUSE OF ACTION – COUNT ONE: BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

21.     In every contract, whether verbal or in writing, there is embedded an implied covenant of good faith and fair dealing.

22.     The defendants, Syed Hussain and Jafar Rashid failed to perform on a promise to build the infrastructure for Mr. Ferguson's hoop houses, namely, to develop the land, provide electricity and any other essential services for Plaintiff Danny Ferguson to launch his cannabis business.

23.     Defendants breached the contract without legal excuse causing harm to the Plaintiffs.

24.     An enforceable contract existed that was breached by the defendants and the defendants' breach harmed the Plaintiffs.

25.     Plaintiff Jennings Sturgeon planned to purchase the modular building and equipment and he would build them on the site in Houston. He witnessed some of the promises made regarding the development of the property and preparing it for Plaintiffs' use to construct buildings on the property and start producing cannabis with the license.

26.     Defendants caused additional harm to Plaintiff Danny Ferguson by depriving him of 45% of Mr. Sturgeon's building profits as Sturgeon was using Danny Ferguson's license.

-9-

## IV.   SECOND CAUSE OF ACTION – COUNT TWO: FORGERY

27.   Defendant Syed Hussain intentionally duped and hoodwinked Danny Ferguson and Jennings Sturgeon into parting with their dollars for buildings that needed to pass the fire marshal's burn safety inspection in order to be licensed.

28.   Syed caused egregious harm to both Plaintiffs as he exhibited baseless and despicable conduct when he asked Danny not to tell anyone.

29.   Plaintiffs made a good faith deposit on the buildings for consideration that the defendants would provide the necessary infrastructure.

30.   There was a material representation of fact and Syed Hussain had knowledge of its falsity. His intent was for both Plaintiffs to believe that there existed a valid burn safety permit. He induced the Plaintiffs' reliance on a purported "lawful" document which later was verified as a forgery. Plaintiffs justifiably relied on the document and their justifiable reliance concluded with unexpected and unanticipated harm caused by the defendants and their respective businesses.

31.   This forgery had a sinister purpose, that being, to undermine a lawful and valid contract. [Emphasis Added]

-10-

## V. THIRD CAUSE OF ACTION - COUNT THREE: UNAUTHORIZED ACTS OUTSIDE THE SCOPE OF THE LLC.

32.    The corporate veil may be pierced, *inter alia*; when the directors or executives of the corporation act independently in the interest of the corporation.

33.    Courts might pierce the corporate veil and impose personal liability on officers, directors, shareholders, or members when the following are true: There is no real separation between the company and its owners. The LLC's actions were wrongful or fraudulent. The LLC's creditors suffered an unjust cost.

34.    There appeared to be collusion as well as a civil conspiracy within and among the LLC's. The stench of corruption, the lack of civility and the total disregard for ethics and the law fully support the allegation that there was no real separation between the owners of the LLC and the LLC as a legal entity. Theft was occurring behind the walls of these LLC's and it is more likely true than not that there was comingling of business and personal funds.

35.    Danny Ferguson and Jennings Sturgeon are creditors should they be the prevailing parties and represent unjust cost to the LLC.

36.    There are likely other creditors waiting to be paid.

-11-

37. There was an alleged conspiracy to defraud anyone who encountered these evil doers. Syed Hussain was the "mastermind" of evil and deception along with his apprentice, Jafar Rashid.

38. Chaos, discord, and corruption reigned supreme behind the walls of these LLC's. There was no real separation between the company and its owners. Existing creditors of these LLC's suffered an unjust cost as well as new creditors experiencing the same harm.

39. Both Plaintiffs claim punitive damages against Syed Hussain, Individually; against Jafar Rashid, Individually; and against Alaska All in One, LLC; against Alaska Farm and Garden dba Alaska All in One LLC, and against Serj Organics. Both Plaintiffs claim and allege that punitive damages are warranted based on the merits of this case. Both Plaintiffs claim that bases exist in fact and in law for an award of punitive damages. They further allege and state that the defendants exhibited conduct, in some measure, conducive or similar to criminal activity that was indifferent to the rights and interests of both Plaintiffs and that was reckless, conscious, outrageous, and done with malice, deliberate disregard, or improper motives resulting in egregious harm to Plaintiff Danny Ferguson and Plaintiff Jennings Sturgeon.

40. AS 09.17.020 provides for an award of punitive damages.

41. Both Plaintiffs claim trebled damages against Syed Hussain and Jafar Rashid for the egregiousness of their actions.

-12-

42. Plaintiff Danny Ferguson and Jennings Sturgeon **DEMAND** a jury trial pursuant to Alaska Rule of Civil Procedure 38(b).

This is to certify and declare that all statements of law and statements of fact are true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746 and AS 09.63.020 and is incorporated by reference into the Prayer for Relief.

DATED this _____ day of April 2020

By: _____
    Danny Ferguson, Plaintiff

DATED this _____ day of April 2020

By: _____
    Jennings Sturgeon, Plaintiff

-13-

## PRAYER FOR RELIEF

Wherefore, Plaintiffs pray to the court for the following relief:

1. Actual economic loss estimated to be $100,000

2. Punitive (trebled) damages at $ 300,000 against ALL the defendants to include the LLC's.

3. Undetermined future and consequential damages. (i.e. Special Damages) IRS lien for back taxes at $83,000. Future damages at $500,000.

4. Statutory damages as allowed by specified laws.

5. Post judgment interest at 3.50% per AS 09.30.070 for economic, future economic, future noneconomic, and punitive damages. Pre-judgment interest at 3.50% per AS 09.30.070 for current economic damages accruing when served process.

6. Recovery of court costs including filing and process server fees, deposition costs, copying cost for documents, etc.

7. For any, such, and other relief the court may deem necessary, just, and appropriate given the circumstances of this case.

DATED this _____ 9th _____ day of April 2020

By: _____

Danny Ferguson, Plaintiff

DATED this _____ 9TH _____ day of April 2020

By: _____

Jennings Sturgeon, Plaintiff

-14-

**Statement of witness**

*(Criminal Procedure Rules, r 27.2;*
*Criminal Justice Act 1967, s. 9, Magistrates' Courts Act 1980, s.5B)*

**STATEMENT OF**: Suzy Foden

**Age of witness (if over 18 enter "over 18"):**     Over 18

**Occupation of witness:** Senior Security Advisor – SGS UK Ltd.

This statement (consisting of 2 pages signed by me) is true to the best of my
knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall
be liable to prosecution if I have wilfully stated in it anything which I know to be false
or do not believe to be true.

**Signed**

**Dated the day of:** 28/11/2019

On 12/09/2017 we received an enquiry from Emilio Parodi of EMCORP LLC, via the
SGS.com website, requesting authentication of SGS test report SHIN1404015037PS

On 15/09/2017 we confirmed the test report is not genuine and advised not to rely on
the document for any purpose. The customer name, address and manufacturer
details have all been falsified.

Signature......
H02/01

Exhibit 1
Page 1 of 2



# SGS

**TEST REPORT**

No. : SHEM15040155527PS
Date : May 15, 2014
Page : 1 of 5

CUSTOMER NAME: CHINA HONG INDUSTRIAL GROUP CO. LTD

ADDRESS: 417 ROOM LIRKE ROAD HEDONG DISTRICT, NANJING CHINA

The following sample(s) was/ were submitted and identified on behalf of the client as:
Sample Name : POLYURETHANE SANDWICH PANEL
Manufacturer : CHINA HONG INDUSTRIAL GROUP CO. LTD

Date of Receipt : Apr 17, 2014
Testing Start Date : Apr 17, 2014
Testing End Date : May 15, 2014
Test result(s) : For further details, please refer to the following page(s)

Signed for
SGS-CSTC Standards Technical
Services (Shanghai) Co., Ltd.

Zano Lai

Zano Lai
Authorized Signatory

**Exhibit 1**
**Page 2 of 2**

This document is issued by the Company subject to its General Conditions of Service...

2

Signature                                                               F H02/01

**Subject:** [support-corpsec.sgs.com #57657] New SGS.com enquiry was created by Emilio Parodi on 09/12/2017 22:08:36
**From:** certificates@sgs.com
**Date:** 11/28/2019, 2:39 AM
**CC:** dan@netmedic.us

Dear Sir

Thank you for contacting us regarding this matter.
Please find attached a section 9 witness statement which can be used to support your legal proceedings.
Best Regards

Suzy Foden
Legal & Compliance
Senior Corporate Security Advisor

Phone: +44 (0)1276 697 926 (Corporate Security Team)
Email: ████████████████

On Tue Nov 26 21:53:08 2019, ████████████ wrote:

> *** WARNING: this message is from an EXTERNAL SENDER. Please be
> cautious,
> particularly with links and attachments. ***
>
> ─────────────────────────────────────────────────────────
>
> Hello,
>
> I'm trying to find out more information regarding this forged SGS
> document... I
> have emailed previously but did not receive a response. We are
> pursuing legal
> action for fraud and the forgery the resulted in a failed sale/fraud
> of
> $144,000 worth the equipment. I see you have already declared this is
> a
> forgery. Would you please send me more information that I can use in a
> court
> proceeding regarding this? Please help me stop them, a document from
> your
> company stating that it is a forgery would be a good start. As it is a
> forwarded email doesn't hold much weight in court.
>
> Thanks,
>
> - Dan
>
> Dan Ferguson
>
> (907) 529 2062
>
> P.S. I am one of the damaged parties and I am seeking lawsuit against
> the
> forgers.
>
>
> ─────── Forwarded Message ───────
>
> From: ████████ 23 2018 ++
> X-Account-Key: account25
> X-UIDL: █████
> X-Mozilla-Status: 1001
> X-Mozilla-Status2: 00000000
> X-Mozilla-Keys:
> X-Default-Received-SPF: pass (skip-trusted {res-PASS}) x-ip-
> name=12.12.184.253;
> Received:      from sonic304-47.consmr.mail.ne1.yahoo.com
> ([66.161.191.173].17394) by
> mailroom.borealisbroadband.net with esmtp (Exim 4.82_1-5b7a7c0-XX)
> (envelope from ████████████ (mailto:████████████))
> id
> 1edor6-0007Kz-2v for ████████████ (█████████████); Mon, 22
> Jan 2018
>                16:02:48 -0900
> X-CLICK Ref1D:
> str=0001;BAd1020;5A66A5D8.0000,ss=1,re=0.000,recu=0.000,reip=0.000,cl=1,cld=1,fgs=0
> DKIM-Signature:   v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com;
> s=s2048; t=1516676553;
> bh=TuyRlqQXh7gyRfTewMw/gbMY3CK0iW2sNElSUN1tVh8=;
> h=Date:From:To:In-Reply-To:References:Subject:From:Subject;
> b=UsYGwdU/x+SX0rUWZ/HfSbguAnYTV7v1RWZtYIYcuJwxaen38No0vg14iFZ1ZD/sTrgMA7nQmzxq7JyFvby98frXCEmEJaAPr7DKIOO
>  /AkMFkBZB4vz(PX1zRGqZxDcAyeh3Qvzn18E72yYQdCDeO7JFYt4AhtwIhf24g7kJG0rVu8FFa0YinOD1bJw3EcavVHV0yX1fUAqN84kfoJQntk0PMk7v3sS1ze5Dy3jH8FC5l2EVSebu0Q40DpevsgSgA+0kS8z6N8iR3EnZiG8IhwP0RkF
>  /Z1/iupaEm67Rp5Pd3E/rvSYDQpwsffizttehqWpZAc/Fquyv+vMQIIuRUag++
> X-YMail-OSG:
> 8188JBAVM1k7beVr29sA8bcuVEqAm8lkrA0FmUc6V1obUE.rxL.SC0Rru511.7d
>  aQrsJmcdW35Xo651fU2jg0pVroufIJMOVIVt1AzrIs+0IBHwJYTktGPV9YtTv.q5hyZoqW7.ZISo
>  P.OPYV.A9DtzBWvsTd.zvSl5vbKtdow0FTtCosy70zt0Qg.5vzxpiQAsoQt1MpAd_c7FxyhptVb
>  E9IgvQvIYv.2m7rikB0qdedw45A4MwqB1ehZ0wTEMGqwEJIiNo2zAZ3jLik3waJQIF7ATR1b1AwA
>  J5oJw+jAw+zvQnizyAymGOt+sXPaZnQxRQwbqj6R.xpHw.Jp6u0WMdQtQEOdgH5PqJJC1BCVPy3P
>  NA8FJ1.Qbk1tM7IiMDKqIQW51VA7bJsxIV3fvuxHJrHGyvuwDe7Z7IR8EzJU58AbAqpW1uz.IO
>  zgVhVjlcsuqmKcHBzBEVT9cH61QisaXoRwa9M6man631Gb8r.9kADVB6V5PtaqoUGAqwaToYoLkj
>  1niid_h8C1_apy2HHaduA_xp1sfyItyeezrxO5_RtetdBkhRP_8.2SU14uwgHt2_UPjCAQ1EFzFC
>          7JfalmWiQb4yr
> Received:      from sonic.gate.mail.ne1.yahoo.com by
> sonic304.consmr.mail.ne1.yahoo.com with
> HTTP; Tue, 23 Jan 2018 03:02:33 +0000
> Date:          Tue, 23 Jan 2018 02:58:17 +0000 (UTC)
> From:          Emilio Parodi <██████████████>
> (mailto:██████████████)
> To:            Dan Ferguson <██████████████> (mailto:██████████████)
> Message-ID:    <██████████████>

Exhibit 2
Page 1 of 4

In-Reply-To:
References:

Subject: Re: [support-corpsec.sgs.com #57657] New SGS.com
enquiry was created by Emilio
Parodi on 09/12/2017 22:00:36
MIME Version: 1.0
Content-Type: multipart/mixed; boundary="
- Part_27079_1884164615.1510676305700"
X-Mailer: WebService/1.1.11265 YahooMailIosMobile Raven/40401
CF-Network:889.9
Darwin/17.2.0
Content-Length: 16428903
X-I:Friend:
X-Rcpt-To:
X-Info: aspam skipped due to (g_smite_skip_relay)
X-Encryption: SSL encrypted
X-IP-stats: GreyPassed Incoming Outgoing Last 0, First 1737,
In-2950484, out-982352, spam-P
shown=true ip=12.17.164.253
Status: U
a UID: 8801

Here you go Dan

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Friday, September 15, 2017, 12:47 AM,
wrote:

Dear Emilio,

Thank you for submitting the test report no. SHIN14040150375 for
verification of authenticity. We regret to inform you that this is not
an
original SGS document/s. This document is thus of no value whatsoever
and
we advise you not to rely on it for any purpose.

Please find attached our information form which provides you with our
official response. In order for us to investigate this matter further,
we
would appreciate you completing the form and returning to us at your
earliest convenience.

Best Regards,
Corporate Security Team

On Wed Sep 13 04:49:05 2017,
wrote:

Dear Corporate Security,

Thank you for taking the time to reply to my inquiry. Per your
request, Here are the documents from the local business in question

AK Farm and Garden
1306 Chugach Way
Anchorage, Alaska 99503

The above named business is making claims and reassuring prospective
clients that these structures are "Safe" and Rated to withstand the
extreme conditions of the winter weather here in Alaska, they are
targeting people/investors who are looking to get into the legal
cultivation of cannabis, they claim these structures have been tested
extensively through the "SGS certification program" and further claim
that these structures capable of being used successfully as a
"commercial cultivation facility" for cannabis, and for the record I
am a Professional Consultant in this industry, my company offers
consulting services in Construction/Layout&Design for Commercial
Cannabis Cultivation Facilities here in Alaska, and in my
professional
opinion, these structures were never intended nor rated to be used as
a cultivation facility of any sort, there are huge amounts of
electricity required to power these types of operations, and I
believe
there is a safety issue here at hand.

I want to point out that the owner(s) of AK Farm and Garden refuse to
actually give you a copy of the alleged official SGS test/report
documents, they claim is their only "SGS certified document" and
therefore cannot part with it, the only thing they will allow you to
do is review the document (in their office, and in their presence)
right before you sign their invoice (for the full amount $110,000.00)
and provide them with a $55,000.00 deposit , however, I was able to
make them think I was ready to go thru with the transaction and they
provided me with the documents, and fortunately they stepped out of
the office for just a few minutes, I took this opportunity to take
pictures of the documents before they returned. After they returned ,
I requested if I could take the report or at least a copy of it for
my

Exhibit 2
Page 2 of 4

review, however, that request was denied.

Obviously, I did not follow through with the purchase, however, I have
recently become aware of several unfortunate individuals who did
follow through with the deal.

Please feel free to contact me via phone (see my phone number below)
if I can be of additional assistance.

Best Regards,

Emilio

Emilio Parodi
President/CEO
EMCORP
Project Consultants
2549 Glenberry Dr.
Anchorage, AK 99504
Email: [redacted] (mailto:[redacted])
Phone: 901-250-0606 (tel: 901 250 0606)

Sent from my iPhone

On Sep 12, 2017, at 6:48 PM, [redacted]
(mailto:[redacted])
< [redacted] (mailto:[redacted])> wrote:

Dear Emilio,

Thank you for your recent enquiry.
Please provide complete 8 pages of the report for us to verify.

Best regards
Corporate Security Team

On Tue Sep 12 22:18:01 2017, [redacted]
(mailto:[redacted])

wrote:

Dear user,

Please find below a new document verification request sent by a
visitor of the
sgs.com website.

Please reply to the requestor as soon as possible.

Kind regards

SGS.com Team

* Name: Emilio Parodi

* Job title: President/CEO

* Company: EMCORP LLC

* Country: United States

* Email: [redacted] (mailto:[redacted])

* Comment: Please verify this SGS Report number: SHIN14048150A17P5.
Thanks
again. Emilio

* Document: /sitecore/media
library/TempComplianceWebForms/IMG_1755
(http://www.sgs.com/sitecore/shell/themes/standard/
/media/b49569196bcf848ffa4e6882800951c45ee.ashx?db=web)

Information in this email and any attachments is confidential and
intended solely for the use of the individual(s) to whom it is
addressed or otherwise directed. Please note that any views or
opinions presented in this email are solely those of the author and



do not necessarily represent those of the Company. Finally, the
recipient should check this email and any attachments for the
presence of viruses. The Company accepts no liability for any
damage
caused by any virus transmitted by this email. All SGS services are
rendered in accordance with the applicable SGS conditions of
service
available on request and accessible at http://www.sgs.com/en/terms-
(http://www.sgs.com/en/Terms-)
and-Conditions.aspx
(IMG_1755.JPG)

information in this email and any attachments is confidential and
intended
solely for the use of the individual(s) to whom it is addressed or
otherwise directed. Please note that any views or opinions presented
in
this email are solely those of the author and do not necessarily
represent
those of the Company. Finally, the recipient should check this email
and
any attachments for the presence of viruses. The Company accepts no
liability for any damage caused by any virus transmitted by this
email. All
SGS services are rendered in accordance with the applicable SGS
conditions
of service available on request and accessible at
http://www.sgs.com/en/terms-and-Conditions.aspx
(http://www.sgs.com/en/Terms-and-Conditions.aspx)

information in this email and any attachments is confidential and intended solely for the use of the individual(s) to whom it is addressed or otherwise directed. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the Company. Finally, the recipient should check this email and any attachments for the presence of viruses. The Company accepts no liability for any damage caused by any virus transmitted by this email. All SGS services are rendered in accordance with the applicable SGS conditions of service available on request and accessible at http://www.sgs.com/en/terms-and-Conditions

Attachments

Section 9 Witness Statement [support-corpsec.sgs.com #57657].pdf                    172 KB



# SGS

## TEST REPORT

b) Field of application

This classification for the submitted sample is valid for the following end use condition:

—With all substrates classified A1 and A2

---With mechanical fixing

Characteristics of the various layers identical to those as described in §II b of this test report.

**STATEMENT**: The test results relate to the behaviour of the test specimens of a product under the particular conditions of the test; they are not intended to be the sole criterion for assessing the potential fire hazard of the product in use.

**WARNING**:

This classification report does not represent type approval or certification of the product. The test laboratory has, therefore, play no part in sampling the product for the test, although it holds appropriate references to the manufacturer's factory production control that is aimed to be relevant to the samples tested and that will provide for their traceability.



Exhibit 3
Page 1 of 5


## Annex A

Classes of reaction to fire performance for construction products excluding floorings and linear pipe thermal insulation products

| Class | Test method(s) | | Classification criteria | Additional classification |
|---|---|---|---|---|
| A1 | GB/T 5464 [*] and | | $\triangle T \leq 30°C$, and $\triangle m \leq 50\%$, and $t_f=0$ (i.e. no sustained flaming) | |
| | GB/T 14402 | | $PCS \leq 2.0MJ/kg$ [*] and $PCS \leq 2.0MJ/kg$ [b] and $PCS \leq 1.4MJ/m^2$ [c] and $PCS \leq 2.0MJ/kg$ [d] | |
| A2 | GB/T 5464 [*] or | and | $\triangle T \leq 50°C$, and $\triangle m \leq 50\%$, and $t_f \leq 20 s$ | |
| | GB/T 14402 | | $PCS \leq 3.0MJ/kg$ [*] and $PCS \leq 4.0MJ/m^2$ [b] and $PCS \leq 4.0MJ/m^2$ [c] and $PCS \leq 3.0MJ/kg$ [d] | |
| | GB/T 20284 | | $FIGRA \leq 120W/s$ and $LFS <$ edge of specimen and $THR_{600s} \leq 7.5MJ$ | Smoke production [*] and Flaming droplets/particles [*] |
| | GB/T 20285 | | | Smoke toxicity [*] |
| B | GB/T 20284 and | | $FIGRA \leq 120W/s$ and $LFS <$ edge of specimen and $THR_{600s} \leq 7.5MJ$ | Smoke production [*] and Flaming droplets/particles [*] |
| | GB/T 8626 [*] Exposure =30s | | $Fs \leq 150mm$ within 60 s | |
| | GB/T 20285 | | | Smoke toxicity [*] |
| C | GB/T 20284 and | | $FIGRA \leq 250W/s$ and $LFS <$ edge of specimen and $THR \leq 15MJ$ | Smoke production [*] and Flaming droplets/particles [*] |
| | GB/T 8626 [*] Exposure =30s | | $Fs \leq 150mm$ within 60 s | |
| | GB/T 20285 | | | Smoke toxicity [*] |



# SGS

## TEST REPORT

CUSTOMER NAME: CHINA IKING INDUSTRIAL GROUP CO.,LTD

ADDRESS: 411 ROOM,LINKE ROAD,HEDONG DISTRICT,TIANJIN CHINA

The following sample(s) was/ were submitted and identified on behalf of the client as:

| | |
|---|---|
| Sample Name | : POLYURETHANE SANDWICH PANEL |
| Manufacturer | : CHINA IKING INDUSTRIAL GROUP CO.,LTD |

| | |
|---|---|
| Date of Receipt | : Apr 17, 2014 |
| Testing Start Date | : Apr 17, 2014 |
| Testing End Date | : May 13, 2014 |
| Test result(s) | : For further details, please refer to the following page(s) |

Signed for
SGS-CSTC Standards Technical
Services (Shanghai) Co., Ltd.

Zano Lai

Zano Lai
Authorized signatory

Exhibit 3
Page 3 of 5





## TEST REPORT

**Test Item:**

GB 8624:2012 classification for burning behavior of building materials and products.

### I. Test conduct:

This test is conducted as per GB 8624:2012 classification for burning behavior of building materials and products. And the test methods as following:

1. GB/T 20284:2006 Requirements and mark on burning behavior of fire retarding products and sub-assemblies in public place.

2. GB/T 8626:2007 Test method of flammability for building materials.

### II. Details of classified product

a) Nature and end use application

The product "POLYURETHANE SANDWICH PANER" is defined as a decorative sheet. Its classification is valid for the following end use application: It was applied roof and wall of buildings

b) Description

| Name | POLYURETHANE SANDWICH PANER |
|---|---|
| Color / Thickness | White /About 45mm |
| Density | About 10kg/m³ |

Mounting and fixing (GB/T 20284):

Calcium silicate board, with its density approximate 900kg/m³, thickness 9mm, is as the substrate. The test specimens are fixed mechanically to the substrate with screws. No joint. There is a angle iron between the ling wing and short wing

Exhibit 3
Page 4 of 5

# SGS

## TEST REPORT

**III. Test result**

| Test method | Parameter | Number of tests | Results |
|---|---|---|---|
| GB/T 20284 | FIGRA (W/s) | 3 | 21.3 |
| | LFS < edge of specimen | | Yes |
| | $THR_{600s}$ (MJ) | | 3.2 |
| | SMOGRA ($m^2/s^2$) | | 0.1 |
| | $THR_{600s}$ (MJ) | | 5.4 |
| | Flaming particles or droplets | | No |
| GB/T 8626 Exposure = 30 s | FS within 60s ≤ 150 mm | 6 | Yes |
| | Ignition of the filter paper within 60s | | No |

## IV. Classification and direct field of application

This classification has been carried out in accordance with GB 8624:2012 chapter 5.1, the classes with their corresponding fire performance are given in annex A.

a) Classification

The product, STANDARD MILLWORK, classification is as following



Exhibit 3
Page 5 of 5

ALASKA FARM & GARDEN
1306 CHUGACH WAY, Anchorage, Alaska, 99503
Tel. 907-562-7777  Fax:

**S O L D**
Sturgeon, Jennings
3590 N. Daisy Petal
Wasilla, Alaska
United States

**T O**
Tel: 907-631-4044

**S H I P**
Sturgeon, Jennings
3590 N. Daisy Petal
Wasilla, Alaska
United States

**T O**

| Cashier | Customer ID | PO Number | Due Date |
|---|---|---|---|
| elancohen92 | 1-36 | | |

| Code | Description | Qty | Taxable | Price | Ext Price |
|---|---|---|---|---|---|
| 1631 | 30x48 Green House Building<br>$70000.00 Less 10.10% Discount ($7068.60) = $62931.40 | 1 | | $62,931.40 | $62,931.40 |
| 1632 | Excel Air System<br>$24780.00 Less 10.10% Discount ($2502.28) = $22277.72 | 1 | | $22,277.72 | $22,277.72 |
| 1633 | Vanolux 315w CMH 4200K<br>$354.00 Less 10.10% Discount ($35.75) = $318.25 | 11 | | $318.25 | $3,500.78 |
| 1634 | Vanolux 1000w DE HPS<br>$536.36 Less 10.10% Discount ($54.16) = $482.20 | 28 | | $482.20 | $13,501.55 |
| 1635 | Vanolux USB Stick<br>$17.27 Less 10.10% Discount ($1.74) = $15.53 | 38 | | $15.53 | $589.99 |
| HT1116 | Smart Pot 10gal<br>$6.00 Less 10.10% Discount ($0.61) = $5.39 | 150 | | $5.39 | $809.12 |
| HT1113 | Smart Pot 3gal<br>$3.00 Less 10.10% Discount ($0.30) = $2.70 | 150 | | $2.70 | $404.56 |
| 1639 | Smart Pot 1 Gallon<br>$2.00 Less 10.10% Discount ($0.20) = $1.80 | 150 | | $1.80 | $269.71 |
| 1636 | Quest Dual 215/225 Overhead Dehumidifier<br>$3149.90 Less 10.10% Discount ($318.08) = $2831.87 | 1 | | $2,831.87 | $2,831.87 |
| 1637 | Standard External Door Single Fold 40mm Thick Made<br>Of A Frame in Prepainted Aluminum<br>$250.00 Less 10.10% Discount ($25.25) = $224.76 | 7 | | $224.76 | $1,573.29 |
| 1638 | Excel Air System Freight<br>$2361.00 Less 10.10% Discount ($238.51) = $2123.49 | | | $2,123.49 | $2,123.49 |

Exhibit 4
Page 1 of 4

| DATE | NUMBER | |
|---|---|---|
| 07/26/2017 11:13 am | 1394 | Page 2 of 2 |

ALASKA FARM & GARDEN
1306 CHUGACH WAY, Anchorage, Alaska, 99503
Tel. 907-562-7777  Fax

| S O L D T O | | | S H I P T O | |
|---|---|---|---|---|
| Sturgeon, Jennings | | | Sturgeon, Jennings | |
| 3590 N. Daisy Petal | | | 3590 N. Daisy Petal | |
| Wasilla, Alaska | | | Wasilla, Alaska | |
| | United States | | | · United States |
| Tel: 907-631-4044 | | | | |

| Customer ID | Customer ID | PO Number | Due Date | |
|---|---|---|---|---|
| elanconen92 | 1-36 | | | |

| Code | Description | Qty | Taxable | Price | Ext Price |
|---|---|---|---|---|---|



Exhibit 4
Page 2 of 4

| | CHARGED TO | | REF # |
|---|---|---|---|
| 07/26/2017 | A/R | = $55,406.48 | |
| 07/26/2017 | Check | = $55,407.00 | |

Total Owing as of 07/26/2017 :  $55,406.48

Your total savings  $ 12,448.80

| Terms of Sale: Check | = $55,407.00 | Sales Amount | $110,813.48 |
|---|---|---|---|
| A/R Balance as of 07/26/2017 $55,406.48 | | Taxes     N/A | |
| | | N/A | |
| | | N/A | |
| | | Misc | |
| | | Total | $110,813.48 |
| | | Tendered | $55,407.00 |
| | | Change Due | |

ALASKA FARM & GARDEN
1306 CHUGACH WAY
Anchorage
Alaska 99503
Tel: 907-562-7777
aagfarm@live.com

Date: 7/26/2017 11:13:23 AM
INVOICE No: 1-1394
Cashier: e/anconer82

Customer: Jennings Sturgeon

Description Qty        Price    Est.Price

30'x46' Green House Building
1631         1 #$70,000.00 $70,000.00
  -Discount   10% ($7,068.60) $62,931.40
Excel Air System
1632         1 #$24,780.00 $24,780.00
  -Discount   10% ($2,502.28) $22,277.72
Nanolux 315w CMH 4200k
1633        11 # $394.00 $4,894.00
  -Discount   10% ($394.22) $3,500.78
Nanolux 1000w DE HPS
1634        28 # $536.30 $15,018.08
  -Discount   10% ($1,516.52) $13,501.56
Nanolux 135 Stick
1635        38 # $17.27 $656.26
  -Discount   10% ($66.27) $589.99
Smart Pot 10ga
#11116     150 # $6.00 $900.00
  -Discount   10% ($90.89) $809.12
Smart Pot 3gal
#11113     150 # $3.00 $450.00
  -Discount   10% ($45.44) $404.56
Smart Pot 1 Gallon
1639       150 # $2.00 $300.00
  -Discount   10% ($30.30) $269.71
Quest Dual 215/225 Overhead Dehumid.Fier
1636         1 # $3,149.95 $3,149.95
  -Discount   10% ($318.08) $2,831.87
Standard External Door Single Fold 40mm
Thick Made Of A Frame In Prepainted
Aluminum
1637         7 # $250.00 $1,750.00
  -Discount   10% ($176.72) $1,573.29
Excel Air System Freight
1638         1 # $2,362.00 $2,362.00
  -Discount   10% ($238.51) $2,123.49

                Total:   $110,813.48
                         ==========

Tendered:                $55,407.00
A/R:                     $55,406.48
Check:                   $55,407.00

* YOUR TOTAL SAVINGS: $12,446.63 *



41448    2432

July 25, 2017

$55,407 00

ROSIO LAVERY
TIMOTHY R. LAVERY
2108 N SPRING AVE
LONG BEACH CA 90815

ALASKA ALL IN 1 LLC

FIFTY FIVE THOUSAND FOUR HUNDRED
SEVEN DOLLARS & ZERO CENTS

CHASE
JPMorgan Chase Bank, N.A.
www.chase.com

FOR  5% DEPOSIT

3944 8337 69" 2432

1:322271627:   39448337692432

ALASKA FARM & GARDEN
1308 CHUGACH WAY
Anchorage
Alaska 99503
Tel: 907-562-7777
akgrgreen@live.com

---

Date: 7/26/2017 11:13:23 AM
INVOICE No: 1 1594
Cashier: alenconar82

---

Customer: Jennings Sturgeon

Description Qty.      Price    Ext.Price

30'x48' Green House Building
1631       1 9$70,000.00 $70,000.00
 -Discount  10% ($7,068.60) $62,931.40
Excel A - System
1632       1 9$24,780.00 $24,780.00
 -Discount  10% ($2,502.28) $22,277.72
Nanolux 315w CMH 4200k
1633       11 9  $354.00  $3,894.00
 -Discount  10% ($393.22)  $3,500.78
Nanolux 1000w DE HPS
1534       26 9  $578.30 $15,018.08
 -Discount  10% ($1,516.52) $13,501.56
Nanolux USB Stick
1535       36 9   $17.77   $655.26
 -Discount  10% ($66.27)   $585.99
Smart Pot 10gal
HT1116     150 9   $6.00   $900.00
 -Discount  10% ($90.88)   $805.12
Smart Pot 5gal
HT2113     150 9   $3.00   $450.00
 -Discount  10% ($45.44)   $404.56
Smart Pot 1 Gallon
1839       150 9   $2.00   $300.00
 -Discount  10% ($30.30)   $269.71
Quest Dual 215/225 Overhead Dehumid Fixw
1636       1 9 $3,149.95  $3,149.95
 -Discount  10% ($318.08)  $2,831.87
Standard External Door Single Fold 40mm
Thick Made Of A Frame In Prepainted
Aluminum
1637       7 9  $250.00  $1,750.00
 -Discount  10% ($176.72)  $1,573.29
Excel Air System Freight
1638       1 9 $2,362.00  $2,362.00
 -Discount  10% ($238.61)  $2,123.49
                              ------------
               Total:       $110,813.46
                              ============
Tendered:                    $66,407.00
A/R:                         $66,406.48
Check:                       $66,407.00

---

* YOUR TOTAL SAVINGS: $12,446.83 *