UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DANNY B. FERGUSON, et al<br><br>       Plaintiff(s),<br>   vs.<br>SYED HUSSAIN, et al<br><br>       Defendant(s). | Case No. 3:20-cv-00103 (TMB)<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Jon A. Atabek, hereby apply for permission to appear and
  (name)

participate as counsel for Jafar Rashid, Alaska All in 1, Serj Organics, Defendants,
       (Name of party)       (plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☐ I am a registered participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for

registration as a participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate  Craig Richards                           , a member of the Bar of this court,
                         (Name)

who maintains an office at the place within the district, with whom the court and opposing

counsel may readily communicate regarding conduct of this case.

DATE:  May 4, 2020

/s/ Jon Atabek
(Signature)

Jon A. Atabek
(Printed Name)

16330 Bake Parkway
(Address)

Irvine, CA 92618
(City/State/Zip)

213.394.5943
(Telephone Number)

jatabek@atabeklaw.com
(e-mail address)

<u>Consent of Local Counsel</u>*

I hereby consent to the granting of the foregoing application.

DATE:  May 4, 2020

/s/ Craig Richards
(Signature)

Craig Richards
(Printed Name)

810 N. Street Ste. 100
(Address)

Anchorage, AK 99501
(City, State, Zip)

907.306.9878
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Jon Ali Atabek

Business Address: 16330 Bake Parkway, Irvine, CA 92618
(Mailing/Street) (City, State, ZIP)

Residence: 57 Bianco, Irvine, CA 926618
(Mailing/Street) (City, State, ZIP)

Business Telephone: 213.394.5943    e-mail address: jatabek@atabeklaw.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| California Superior Courts | All | 2010 |
| Central District of California | All | 2010 |
| Northern District of California | All | 2011 |
| Eastern District of Washington | All | 2012 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: May 4, 2020

_____
(Signature of Applicant)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Motion and Application of Non-Eligible Attorney for Permission to Appeal and Participate in the United States District Court for the District of Alaska was served by mail on the following this 6th day of May, 2020.

**PLAINTIFFS**
Danny Ferguson
2050 Wenmatt Circle
Anchorage, Alaska 99517

Jennings Sturgeon
3590 North Daisy Petal Circle
Wasilla, Alaska 99654

/s/ *Mary Hodsdon*
Mary Hodsdon